```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA


UNITED STATES OF AMERICA,       )
                                )          4:97CR3061
              Plaintiff,        )
                                )
     vs.                        )          ORDER
                                )
ANDREW WALTERS,                 )
                                )
              Defendant.        )
```

IT IS ORDERED that a revocation hearing is set to commence at 12:15 p.m. on July 12, 2006, before the Hon. Warren K. Urbom, United States Senior Judge, in Courtroom #4, United States Courthouse, Lincoln, Nebraska.

Dated: April 4, 2006.

BY THE COURT

s/ David L. Piester
_____
United States Magistrate Judge