UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:97CR3061 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER REVISING |
| vs. | ) | REVOCATION HEARING |
| | ) | |
| ANDREW WALTERS, | ) | |
| | ) | |
| Defendant. | ) | |

In view of the defendant's having reported to the probation officer that he had relapsed and used methamphetamine on May 18, 2006, I think it advisable to have the revocation hearing that was set for July 12, 2006, changed to an earlier date.

IT IS ORDERED that the revocation hearing set for July 12, 2006, is now changed to June 14, 2006, at 12:15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall, Lincoln, Nebraska.   The defendant shall be present for said hearing.

Dated May 24, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge